ALVAH ARMSTRONG, Appellant, v. MICHAEL BOOMASOUR, Respondent.

(Submitted September 30, 1929; decided October 1, 1929.)

*Floyd W. Annabel* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.